JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRISTOBAL CERVANTES, | ) | Case No. 5:20-cv-01180-CJC-JC |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

In accordance with the Order (1) Construing Petition as 28 U.S.C. § 2255 Motion and/or a Challenge to the Conditions of Confinement; and (2) Dismissing Petition and Action without Prejudice, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 5, 2021

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1